## MARR v. STATE.
### No. 22960.

Court of Criminal Appeals of Texas.
Nov. 15, 1944.

Percy Foreman, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving an automobile upon a public highway while intoxicated, punishment assessed being a fine of fifty dollars and thirty days in jail.

The record is before us without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.